# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTINE A. SMITH, on behalf of herself and all others similarly situated, ) ) ) ) Plaintiff, ) v. ) ) MFS INVESTMENT MANAGEMENT, ) MASSACHUSETTS FINANCIAL SERVICES ) CO. AND MFS FUND DISTRIBUTORS, INC., ) ) Defendants. ) ) | CIVIL ACTION NO. 1:08-cv-11942-GAO |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereto, by and through their undersigned counsel, hereby STIPULATE and AGREE that the action be, and it hereby is, DISMISSED with prejudice, with the parties, respectively, to bear their own costs and expenses.

Dated: March 5, 2009

/s/ Gary Klein
Gary Klein (BBO # 560769)
Shennan Kavanagh (BBO # 655174)
Kevin Costello (BBO # 669100)
RODDY KLEIN & RYAN
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
Telephone: (617) 357-5500
klein@roddykleinryan.com

*Local Counsel for Lead Plaintiff*
*Christine A. Smith*

Daniel E. Bacine
Lisa M. Lamb
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
dbacine@barrack.com
llamb@barrack.com

Stephen R. Basser
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
sbasser@barrack.com

Andrew S. Friedman
Tonna K. Farrar
BONNETT FAIRBOURN FRIEDMAN
    & BALINT, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602) 274-1100
afriedman@bffb.com
tfarrar@bffb.com

Howard D. Finkelstein
Jeffrey R. Krinsk
Mark L. Knutson
Jennifer L. MacPherson
FINKELSTEIN & KRINSK, LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: (619) 238-1333
HDF@classactionlaw.com
JRK@classactionlaw.com
MLK@classactionlaw.com
JLM@classactionlaw.com

*Attorneys for Lead Plaintiff Christine A. Smith*

/s/ James S. Dittmar
James S. Dittmar
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
jdittmar@goodwinprocter.com

Michael K. Isenman
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC  20001
Telephone:  (202) 346-4000
misenman@goodwinprocter.com

*Attorneys for Defendants Massachusetts Financial Services Company (d/b/a MFS Investment Management) and MFS Fund Distributors, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on March 5, 2009.

                                         /s/ Gary Klein
                                         Gary Klein